UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOSEPH BELLEAU                                                    PLAINTIFF

VS.                          CIVIL ACTION NO.: 1:07-CV-00259-MPM-DAS

MICHAEL J. ASTRUE, Commissioner
of Social Security                                                DEFENDANT

ORDER GRANTING ADDITIONAL TIME TO RESPOND TO
PLAINTIFF'S MOTION FOR ATTORNEY'S FEES

THIS CAUSE having come on for hearing on the Defendant's motion *ore tenus* for an extension of thirty (30) days in which to file his Response to the Plaintiff's Motion for Payment of Attorney's Fees Pursuant to the Equal Access for Justice Act, and the Court, after being advised that counsel for the Plaintiff has agreed to said extension of time, and having considered said motion, finds same to be well-taken.  It is therefore:

ORDERED that the Defendant be and hereby is allowed an extension of thirty (30) days, through and including October 9, 2008, to file his Response to the Plaintiff's Motion for Payment of Attorney's Fees Pursuant to the Equal Access for Justice Act.

This 9th day of September 2008.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE